Thomas Scott Thompson (*Pro Hac Vice forthcoming*)
Ryan T. Dougherty (*Pro Hac Vice forthcoming*)
SThompson@mintz.com
RTDougherty@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
555 12th Street NW, Suite 1100
Washington, D.C. 20004
Tel:  202-434-7300
Fax: 202-434-7400

Paige E. Adaskaveg (SBN 330551)
peadaskaveg@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel:  415-432-6000
Fax: 415-432-6001

Attorneys for Real Parties in Interest/Defendants
CROWN CASTLE FIBER LLC AND VERIZON WIRELESS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN KIRBY, an individual,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>CITY OF SAN MATEO, by and through the CITY COUNCIL OF THE CITY OF SAN MATEO; MATT FABRY, an individual, in his capacity as the Director of the Public Works Department of the City of San Mateo; and the SUSTAINABILITY & INFRASTRUCTURE COMMISSION OF THE CITY OF SAN MATEO,<br><br>　　　　Respondents,<br><br>CROWN CASTLE FIBER LLC, a New York limited liability company; and VERIZON WIRELESS,<br><br>　　　　Real Parties in Interest. | Case No. 3:25-cv-06165-MMC<br><br>Assigned for All Purposes to Hon. Maxine M. Chesney<br><br>**JOINT STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANTS TO FILE THEIR RESPONSIVE PLEADINGS; [PROPOSED] ORDER**<br><br>[*Removed from the Superior Court of the State of California, County of San Mateo (Case No. 25-CIV-04679)*]<br><br>Complaint Filed:　　June 20, 2025<br>Trial:　　　　　　　TBD |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties jointly submit this stipulation requesting that the Court extend Defendants' deadline to file their responsive pleadings to Plaintiff's *Verified Petition for Writ of Mandate* until ten (10) days after the Court rules on Plaintiff's forthcoming motion to remand. Defendants' current deadline to file responsive pleadings is July 29, 2025. The parties make this stipulation conditional on Plaintiff filing his motion for remand by August 6, 2025. If Plaintiff does not file a motion to remand by August 6, 2025, the parties stipulate that Defendants' deadline to file their responsive pleadings will be August 12, 2025.

As grounds for the extension, the parties state as follows:

1. On June 20, 2025, Plaintiff Stephen Kirby filed a *Verified Petition for Writ of Mandate* in San Mateo Superior Court. Plaintiff served Defendant Crown Castle Fiber LLC ("Crown Castle") on June 24, 2025.

2. On July 22, 2025, Defendants Crown Castle and Verizon Wireless ("Verizon"), with the assent of Defendant City of San Mateo[1] (the "City" or "San Mateo"), filed a *Notice of Removal*, removing the case to this Court to address substantial federal questions. Pursuant to Fed. R. Civ. P. 81, the current deadline for Defendants to file a responsive pleading is July 29, 2025.

3. The parties conferred on July 23 and July 24, 2025 to discuss economizing the motion practice surrounding Plaintiff's expected motion to remand and Defendants' Crown Castle's and Verizon's expected motion to dismiss so as to reduce unnecessary work, costs to clients, and burden on the Court. The parties agreed it would be efficient to stay the filing of any responsive pleadings until after the Court determines the threshold question of jurisdiction, provided Plaintiff timely files his expected motion to remand.

4. The filing of a motion to remand will result in the Court, in due course, issuing a ruling on the Court's subject matter jurisdiction over the two causes of action in the Complaint.

5. If the Court orders remand of the Complaint, the Court would no longer have jurisdiction.

---

[1] Defendant City of San Mateo was sued by and through the City Council of the City of San Mateo, Matt Fabry, an individual, in his capacity as Director of the Public Works Department of the City of San Mateo, and the Sustainability & Infrastructure Commission of the City of San Mateo.

6. It will be inefficient for the parties to prepare and file motions to dismiss, oppositions, and replies before the Court rules on jurisdiction.

Therefore, for good cause, the parties stipulate as follows:

1. Defendants' deadline to file their responsive pleadings is extended to be due 10 days after the Court rules on Plaintiff's expected motion for remand, if the Court retains jurisdiction;

2. Plaintiff shall file a motion for remand no later than August 6, 2025; and

3. If Plaintiff does not file a motion for remand by August 6, 2025, Plaintiff agrees to extend Defendants' deadline to file their responsive pleadings until August 12, 2025.

This is the parties' first request for an extension of time in this case. The requested modification of time should not have any impact on the schedule of the case which is in its infancy and was only recently assigned to this Court. The parties agree that no party will be prejudiced by this extension.

WHEREFORE, for the foregoing reasons, the parties respectfully and jointly stipulate to extend the deadline for Defendants to file their responsive pleadings until 10 days after the Court rules on Plaintiff's motion to remand, provided Plaintiff files such motion no later than August 6, 2025, and if Plaintiff does not file the motion for remand by that date, the Parties stipulate that Defendants' deadline to file their responsive pleadings shall be August 12, 2025.

Dated: July 28, 2025                           Respectfully submitted,

                                              MINTZ LEVIN COHN FERRIS GLOVSKY
                                               AND POPEO, P.C.

*/s/ Paige E. Adaskaveg*
Paige E. Adaskaveg
Thomas Scott Thompson (*Pro Hac Vice forthcoming*)
Ryan T. Dougherty (*Pro Hac Vice forthcoming*)

Attorneys for Real Party in Interest/Defendant
CROWN CASTLE FIBER LLC and GTE
MOBILNET OF CALIFORNIA LIMITED
PARTNERSHIP d/b/a VERIZON WIRELESS

1 | COLANTUONO, HIGHSMITH & WHATLEY, PC

2 | */s/ Robert C. May III*

3 | Robert C. May III
Attorney for Respondent/Defendants CITY OF SAN MATEO, by and through the CITY COUNCIL OF THE CITY OF SAN MATEO; MATT FABRY, an individual, in his capacity as the Director of the Public Works Department of the City of San Mateo; and the SUSTAINABILITY & INFRASTRUCTURE COMMISSION OF THE CITY OF SAN MATEO

LAW OFFICE OF ARIEL STRAUSS

*/s/ Ariel Strauss*

Ariel Strauss

Attorney for Plaintiff/Petitioner STEPHEN KIRBY

---

4

JOINT STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANTS TO FILE THEIR RESPONSIVE PLEADINGS; [PROPOSED] ORDER – CASE NO. 3:25-CV-06165-MMC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN KIRBY, an individual, | Case No. 3:25-cv-06165-MMC |
| Petitioner, | **[PROPOSED] ORDER** |
| vs. | |
| CITY OF SAN MATEO, by and through the CITY COUNCIL OF THE CITY OF SAN MATEO; MATT FABRY, an individual, in his capacity as the Director of the Public Works Department of the City of San Mateo; and the SUSTAINABILITY & INFRASTRUCTURE COMMISSION OF THE CITY OF SAN MATEO, | [*Removed from the Superior Court of the State of California, County of San Mateo (Case No. 25-CIV-04679)*]<br><br>Complaint Filed:   June 20, 2025<br>Trial:                    TBD |
| Respondents, | |
| CROWN CASTLE FIBER LLC, a New York limited liability company; and VERIZON WIRELESS, | |
| Real Parties in Interest. | |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, the due date concerning Defendants' responsive pleadings, currently due July 29, 2025 pursuant to Fed. R. Civ. P. 81, is hereby extended as follows:

   A. Defendants' responsive pleadings will be due 10 days after the Court rules on Plaintiff's motion for remand.

   B. Plaintiff will file his motion for remand, if any, no later than August 6, 2025.

   C. In the event that Plaintiff fails to file a motion for remand by August 6, 2025, Defendants' deadline for filing their responsive pleadings will be August 12, 2025.

**IT IS SO ORDERED:**

Dated: _____, 2025          _____
                                        HON. MAXINE M. CHESNEY
                                        U.S. DISTRICT JUDGE