**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN KIRBY, an individual,<br><br>Petitioner,<br><br>vs.<br><br>CITY OF SAN MATEO, by and through the CITY COUNCIL OF THE CITY OF SAN MATEO; MATT FABRY, an individual, in his capacity as the Director of the Public Works Department of the City of San Mateo; and the SUSTAINABILITY & INFRASTRUCTURE COMMISSION OF THE CITY OF SAN MATEO,<br><br>Respondents,<br><br>CROWN CASTLE FIBER LLC, a New York limited liability company; and VERIZON WIRELESS,<br><br>Real Parties in Interest. | Case No. 3:25-cv-06165-JD<br><br>**[PROPOSED] ORDER GRANTING CROWN CASTLE AND VERIZON'S MOTION TO DISMISS**<br><br>Date:     September 18, 2025<br>Time:    10:00 a.m.<br>Judge:   Hon. James Donato<br>Ctrm:    Courtroom 11, 19th Floor<br>             450 Golden Gate Avenue<br>             San Francisco, CA 94102<br><br>Complaint Filed:   June 20, 2025<br>Trial:                     TBD |

1

[PROPOSED] ORDER GRANTING CROWN CASTLE AND VERIZON'S MOTION TO DISMISS – CASE NO. 3:25-CV-06165

**[PROPOSED] ORDER**

Upon Defendants/Real Parties in Interest Crown Castle Fiber LLC ("Crown Castle") and GTE Mobilnet of California Limited Partnership d/b/a Verizon Wireless's ("Verizon") Motion to Dismiss Petitioner Stephen Kirby's ("Petitioner") Verified Petition for Writ of Mandate, and upon review of the papers submitted and oral argument presented by counsel, and good cause appearing, it is hereby **ORDERED THAT**:

1. Defendants Crown Castle and Verizon's Motion is **GRANTED**;

2. Petitioner's claims are **DISMISSED WITH PREJUDICE AND WITHOUT LEAVE TO AMEND.**

**IT IS SO ORDERED.**

Dated: _____

HON. JAMES DONATO
DISTRICT COURT JUDGE