Law Offices of Ariel Strauss
Ariel Strauss (Cal. Bar No. 232280)
92 Pine Hill Dr., El Sobrante, CA 94803
ariel@alegal.info
(310) 709-1213

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN KIRBY, an individual,<br><br>Petitioner,<br><br>vs.<br><br>CITY OF SAN MATEO, by and through the CITY COUNCIL OF THE CITY OF SAN MATEO; MATT FABRY, an individual, in his capacity as the Director of the Public Works Department of the City of San Mateo; and the SUSTAINABILITY & INFRASTRUCTURE COMMISSION OF THE CITY OF SAN MATEO,<br><br>Respondents,<br><br>CROWN CASTLE FIBER LLC, a New York limited liability company; and VERIZON WIRELESS,<br><br>Real Parties in Interest. | Case No. 3:25-cv-06165-JD<br><br>**PROPOSED ORDER**<br><br>[*Removed from the Superior Court of the State of California, County of San Mateo (Case No. 25-CIV-04679)*]<br><br>Complaint Filed:   June 20, 2025<br><br>Hearing Date: September 18, 2025<br>Time: 10:00am<br>Judge: Hon. James Donato<br>Ctrm: 11<br>Trial:               TBD |

**[PROPOSED] ORDER**

After considering the Defendants/Real Parties in Interest Crown Castle Fiber LLC and GTEMobilnet of California Limited Partnership d/b/a Verizon Wireless's Motion to Dismiss Petitioner Stephen Kirby's ("Petitioner") Verified Petition for Writ of Mandate, Petitioner's Memorandum of Points and Authorities in Opposition to Motion to Dismission and the other papers submitted and oral argument presented by counsel, and good cause appearing, it is hereby

ORDERED THAT:

Defendants Crown Castle and Verizon's Motion is DENIED.

Date: _____


JAMES DONATO

_____

United States District Judge