1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 STEPHEN KIRBY, an individual,

Case No. 3:25-cv-06165-JD

11          Petitioner,

**[PROPOSED] ORDER DENYING
PLAINTIFF'S REQUEST FOR JUDICIAL
NOTICE IN SUPPORT OF HIS
MEMORANDUM OF POINTS AND
AUTHORITIES IN OPPOSITION TO
MOTION TO DISMISS**

12      vs.

13 CITY OF SAN MATEO, by and through the
14 CITY COUNCIL OF THE CITY OF SAN
MATEO; MATT FABRY, an individual, in
15 his capacity as the Director of the Public
Works Department of the City of San Mateo;
16 and the SUSTAINABILITY &
INFRASTRUCTURE COMMISSION OF
17 THE CITY OF SAN MATEO,

18          Respondents,

19

20 CROWN CASTLE FIBER LLC, a New York
limited liability company; and VERIZON
21 WIRELESS,

22          Real Parties in Interest.

Date:       September 18, 2025
Time:      10:00 a.m.
Judge:     Hon. James Donato
Ctrm:      Courtroom 11, 19th Floor
               450 Golden Gate Avenue
               San Francisco, CA 94102

Complaint Filed:    June 20, 2025
Trial:                      TBD

23

24

25

26

27

28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

Upon Defendants/Real Parties in Interest Crown Castle Fiber LLC ("Crown Castle") and GTE Mobilnet of California Limited Partnership d/b/a Verizon Wireless's ("Verizon") Opposition to Petitioner Stephen Kirby's ("Petitioner") Request for Judicial Notice (Dkt. # 21), and upon review of the papers submitted and oral argument presented by counsel, and good cause appearing, it is hereby **ORDERED THAT**:

Petitioner's Request for Judicial Notice is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. JAMES DONATO
DISTRICT COURT JUDGE

[PROPOSED] ORDER DENYING PLAINTIFF'S REQUEST
FOR JUDICIAL NOTICE – CASE NO. 3:25-CV-06165