1  Law Offices of Ariel Strauss
2  Ariel Strauss (Cal. Bar No. 232280)
   92 Pine Hill Dr., El Sobrante, CA 94803
3  ariel@alegal.info
   (310) 709-1213
4  Attorney for Petition/Plaintiff

5

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN KIRBY, an individual,<br>    Petitioner,<br><br>vs.<br><br>CITY OF SAN MATEO by and through the CITY COUNCIL OF THE CITY OF SAN MATEO; MATT FABRY, in his capacity as the Director of the Public Works Department of the City of San Mateo; and SUSTAINABILITY & INFRASTRUCTURE COMMISSION OF THE CITY OF SAN MATEO;<br>    Respondents<br><br>CROWN CASTLE FIBER LLC, a New York limited liability company; VERIZON WIRELESS, and DOES 1 through 10, inclusive,<br>    Real Parties in Interest. | Case No.: 3:25-cv-06165-JD<br><br>**NOTICE AND MOTION FOR REMAND**<br><br>[Removed from the Superior Court of the State of California, County of San Mateo (State Court Case No. 25-CIV-04679)]<br><br>Hearing Date: October 23, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. James Donato<br>Ctrm: Courtroom 11, 19th Floor<br>450 Golden Gate Avenue,<br>San Francisco, CA 94102<br><br>Complaint Filed: June 20, 2025<br>Trial: TBD |

**NOTICE OF MOTION**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Thursday, October 23, 2025, at 10:00 a.m., or as soon thereafter as the parties may be heard, Petitioner will and hereby does move this Court at the San Francisco Courthouse, Courtroom 11, 19th Floor 450 Golden Gate Avenue, San Francisco, CA 94102, for an Order remanding this matter back to state court.

This Motion is based on the following documents: this Notice of Motion, [Proposed] Motion and the accompanying Memorandum of Points and Authorities; any oral arguments to be made at the hearing on this Motion; and all the other papers, documents, or exhibits on file or to be filed in this action.

Dated: September 16, 2025

_____
Ariel Strauss
Attorney for Petitioner, Alicia Woodfall-Jones

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN KIRBY, an individual,<br>　　Petitioner,<br><br>　　　　vs.<br><br>CITY OF SAN MATEO by and through the CITY COUNCIL OF THE CITY OF SAN MATEO; MATT FABRY, in his capacity as the Director of the Public Works Department of the City of San Mateo; and SUSTAINABILITY & INFRASTRUCTURE COMMISSION OF THE CITY OF SAN MATEO;<br>　　Respondents<br><br>CROWN CASTLE FIBER LLC, a New York limited liability company; VERIZON WIRELESS, and DOES 1 through 10, inclusive,<br>　　Real Parties in Interest. | Case No.: 3:25-cv-06165-JD<br><br>**[PROPOSED] ORDER**<br><br>[Removed from the Superior Court of the State of California, County of San Mateo (State Court Case No. 25-CIV-04679)] |

**[PROPOSED] ORDER**

Petitioner's Motion to Remand came on for hearing on _____, 2025, in the above titled Court, the Honorable James Donato presiding. After consideration of the arguments and evidence submitted supporting and opposing the motion, it is hereby ORDERED that Plaintiff's motion to remand is GRANTED.

This action is remanded to the Superior Court of the State of California, County of San Mateo.

Date: _____

JAMES DONATO

_____

United States District Judge