**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN KIRBY, an individual, | Case No. 3:25-cv-06165-JD |
| Petitioner, | |
| vs. | **[PROPOSED] ORDER DENYING PETITIONER'S NOTICE AND MOTION FOR REMAND** |
| CITY OF SAN MATEO, by and through the CITY COUNCIL OF THE CITY OF SAN MATEO; MATT FABRY, an individual, in his capacity as the Director of the Public Works Department of the City of San Mateo; and the SUSTAINABILITY & INFRASTRUCTURE COMMISSION OF THE CITY OF SAN MATEO, | Hearing Date: October, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. James Donato<br>Ctrm: Courtroom 11, 19th Floor<br>      450 Golden Gate Avenue<br>      San Francisco, CA 94102 |
| Respondents, | |
| CROWN CASTLE FIBER LLC, a New York limited liability company; and VERIZON WIRELESS, | Complaint Filed:   June 20, 2025<br>Trial:                      TBD |
| Real Parties in Interest. | |

**[PROPOSED] ORDER**

Upon Defendants/Real Parties in Interest Crown Castle Fiber LLC ("Crown Castle") and GTE Mobilnet of California Limited Partnership d/b/a Verizon Wireless ("Verizon") and Defendant/Respondent City of San Mateo (the "City") (collectively, "Defendants") Opposition to Petitioner Stephen Kirby's ("Petitioner") Notice and Motion for Remand (Dkt. # 26), and upon review of the papers submitted and oral argument presented by counsel, and good cause appearing, it is hereby **ORDERED THAT**:

Petitioner's Motion for Remand is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____

HON. JAMES DONATO
DISTRICT COURT JUDGE