UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN KIRBY, | Case No. 25-cv-06165-JD |
| Plaintiff, | |
| v. | **ORDER RE REMAND** |
| CITY OF SAN MATEO, et al., | |
| Defendants. | |

For the reasons stated on the record, the case is remanded to the California Superior Court for the County of San Mateo under 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: March 19, 2026

JAMES DONATO
United States District Judge

United States District Court
Northern District of California